## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Board of Trustees of the Teamsters Joint Council 32 – Employers Health and Welfare Fund,<br><br>Plaintiff,<br>vs.<br><br>H. Brooks and Company LLC, doing business as H. Brooks and Company, and Jason Jaynes as Manager of H. Brooks and Company LLC, in his personal capacity,<br><br>Defendants. | Case No.: 21-cv-01455 (JRT/BRT)<br><br>**MOTION FOR CONTEMPT** |

Plaintiff hereby moves the Court for an Order holding Defendants in civil contempt of court for failing and refusing to comply with United States District Judge John R. Tunheim's Order on Motion for Default Judgment which compelled Defendants to submit to an audit of their payroll books and records. Plaintiff seeks a monetary fine of $200.00 per day for each day of Defendants' non-compliance with the Order on Motion for Default Judgment, plus payment of Plaintiff's attorney fees and costs incurred in bringing this Motion for Contempt.

In support of this Motion for Contempt, the Plaintiff relies upon the pleadings, Memorandum of Law in Support of Motion for Contempt, Declaration of Jane C. Poole and Exhibits, and the arguments of counsel.

1

Dated this 8th day of July 2022        ANDREW, BRANSKY & POOLE, P.A.

   s/Jane C. Poole
   Jane C. Poole, #0391069
   302 West Superior Street, Suite 300
   Duluth, MN 55802
   Ph.: (218) 722-1764
   Fax: (218) 722-6137
   jpoole@duluthlawfirm.com

Attorneys for Plaintiff